## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Darryl Price  ,

Plaintiff(s),

v.

The Peoples Gas Light and Coke Company,

Defendant(s).

Case No. 23-cv-431
Judge Charles P. Kocoras

### JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $    ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: The defendant's motion for summary judgment 66 is granted. Civil case terminated

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Jeremy C. Daniel on a motion for summary judgment.

Date: 9/26/2025

Thomas G. Bruton, Clerk of Court

Steven Hotze , Deputy Clerk